

| | |
|---|---|
| | **Service of Process Transmittal** |
| | 12/21/2021 |
| | CT Log Number 540777674 |

**TO:** Bill Baer
Sportsman'S Warehouse, Inc.
1475 W 9000 S STE A
WEST JORDAN, UT 84088-9267

**RE:** Process Served in Alaska

**FOR:** Sportsman's Warehouse, Inc. (Domestic State: UT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DALE PENNE vs. Sportman's Warehouse, Inc. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 4FA21025104 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Juneau, AK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/21/2021 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Alaska |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification, Robert Julian rjulian@sportsmanswarehouse.com<br><br>Email Notification, Bill Baer wbaer@sportsmans.com<br><br>Email Notification, Gabrielle Herron gherron@sportsmans.com<br><br>Email Notification, Jeff White jwhite@sportsmans.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>9360 Glacier Highway<br>Suite 202<br>Juneau, AK 99801<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT FAIRBANKS

DALE PENNEY )
)
)
Plaintiff(s), )
vs. )
)
SPORTSMAN'S WAREHOUSE, INC., ) CASE NO. 4FA-21- 02510CI
)
) **SUMMONS**
Defendant(s). ) **AND**
) **NOTICE TO BOTH PARTIES**
) **OF JUDICIAL ASSIGNMENT**

To Defendant: Sportsman's Warehouse, Inc.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) William A. Earnhart, whose address is: 510 L Street, #700, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf, to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

This case has been assigned to Judge _Bennett_.

Date: December 16, 2021

CLERK OF COURT
By: _____ Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 FBKS (10/17)(cs)            Civil Rules 4, 5, 12, 42(c) 55
SUMMONS

William A. Earnhart
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
wearnhart@bhb.com
Telephone 907.276.1550

Attorneys for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| DALE PENNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4FA-21-_____ CI |
| ) | |
| SPORTSMAN'S WAREHOUSE, INC., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Plaintiff, Dale Penney ("Plaintiff"), by and through undersigned counsel, Birch Horton Bittner & Cherot, and for his complaint against Defendant, Sportsman's Warehouse, Inc. ("Defendant"), complains and alleges as follows:

1. Plaintiff is, and has been at all times pertinent hereto, a resident of the Fourth Judicial District of Alaska.

2. Defendant is a Delaware corporation headquartered in Utah, with stores located in Alaska, including Fairbanks.

3. Morgan Shoemaker was at all times pertinent hereto the General Manager of Defendant's Fairbanks store and Defendant is vicariously liable for Mr. Shoemaker's actions and inactions as they relate to this complaint.

## Factual Background

4. Plaintiff was born in 1958.

5. Plaintiff was hired by Defendant to work at its Fairbanks location as a sales associate in October 2020.

6. Sales associate is an hourly position.

7. Plaintiff was "promoted" to the position of fishing manager in April 2021.

8. Fishing manager is a salaried position at $44,512 annually ($21.40 an hour).

9. General Manager Shoemaker required Plaintiff to unload freight and perform other non-managerial jobs, as a majority of his duties.

10. Plaintiff's non-managerial duties made his position non-exempt from overtime and subject to exemption under AS 23.10.055.

11. Plaintiff regularly worked in excess of 40 hours a week, sometimes as much as 100, as a salaried manager without receiving overtime compensation in violation of AS 23.10.060.

12. The hours in excess of 40 a week and manual labor was required of Plaintiff for Defendant to avoid paying overtime to hourly workers.

13. On July 8, 2021, Plaintiff began his workday unloading freight at approximately 4:30 a.m.

14. At approximately 11:30 a.m. on July 8, 2021, Plaintiff requested to go home because he was not feeling well.

15. Mr. Shoemaker categorically refused Plaintiff's request to go home.

16. Shortly thereafter, Plaintiff collapsed in Defendant's store of a heart attack.

17. Defendant denied Plaintiff workers compensation for his collapse.

18. Defendant did not speak to Plaintiff, or otherwise investigate the cause of his collapse prior to denying coverage.

19. Defendant's actions and inactions constitute an unwarranted failure to pay benefits under the Alaska Workers Compensation Act, AS 23.30.010, et seq., and illegal retaliation under common law and AS 23.30.247.

20. Less than one month later, Plaintiff returned to Sportsman's Warehouse ready to work, with restrictions on bending, lifting more than 10 pounds, and walking stairs, with an additional restriction that his work hours be limited to 42 hours a week.

21. Defendant did not enter into the interactive process to determine if Plaintiff could perform the essential duties of his position.

22. Plaintiff's restrictions could have been reasonably accommodated.

23. It was not an undue hardship for Defendant to allow Plaintiff to manage the fishing department without bending, lifting or taking stairs.

24. Defendant's actions and inactions constitute disability discrimination in violation of AS 18.80.220.

25. Plaintiff is over 40 years of age

26. Mr. Shoemaker is younger than Plaintiff.

27. Mr. Shoemaker specifically singled out Plaintiff for additional work due to his age.

28. The actions of Defendant and Mr. Shoemaker constitute age discrimination in violation of AS 18.80.020.

DALE PENNEY V. SPORTSMAN'S WAREHOUSE
COMPLAINT
01149291.DOCX

CASE NO. 4FA-21-_____ CI
PAGE 3 OF 4

Case 4:22-cv-00002-JMK   Document 1-1   Filed 01/19/22   Page 5 of 9

EXHIBIT A
Page 5 of 9

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1. Past and future wages in an amount of $189,176;

2. Unpaid overtime in excess of $26,964;

3. Pain and suffering to be determined;

4. Punitive damages to be determined;

5. Liquidated damages on all unpaid wages;

6. An award of full costs, interest, and full attorneys' fees; and

7. Such other relief as the Court may deem just and equitable.

DATED this 9th day of December, 2021.

                BIRCH HORTON BITTNER & CHEROT
                Attorneys for Plaintiff

      By:    /s/ William A. Earnhart
                William A. Earnhart, ABA #9411099

DALE PENNEY V. SPORTSMAN'S WAREHOUSE        CASE NO. 4FA-21-_____ CI
COMPLAINT        PAGE 4 OF 4
01149291.DOCX

Case 4:22-cv-00002-JMK   Document 1-1   Filed 01/19/22   Page 6 of 9

EXHIBIT A
Page 6 of 9

**CASE DESCRIPTION – SUPERIOR COURT**  Case Number: 4FA-21-_____

This form is **not** required for cases filed electronically through TrueFiling. For District Court cases, use form CIV-125D.

| | Type of Action | For Court Use Only | |
|---|---|---|---|
| | Check the box that best describes the case. Mark **one** box only. | Case Type | Action Code |
| **Domestic Relations** | | | |
| | Spouses with Minor Children (or pregnant) **Agree** on All Issues to End Marriage | Div or Cust w/Children | CISUDVC |
| | Spouses with Minor Children (or pregnant) do **not** Agree (or are unsure) on All Issues to End Marriage | Div or Cust w/Children | CISDVC |
| | Spouses without Minor Children (and not pregnant) **Agree** on All Issues to End Marriage | Divorce without Children | CISUDIV |
| | Spouses without Minor Children (and not pregnant) do **not** Agree (or are unsure) on All Issues to End Marriage | Divorce without Children | CISDIV |
| | Unmarried Parents **Agree** on Parenting Plan | Div or Cust w/Children | CISUCUS |
| | Unmarried Parents do **not** Agree (or are unsure) on Parenting Plan | Div or Cust w/Children | CISCUS |
| | Visitation by Person other than Parent | Domestic Relations Other | CIVIS |
| | Property Division – Unmarried Partners | Domestic Relations Other | CISPROP |
| | Stay Legally Married (have minor children or pregnant) - **Agree** on Property/Debt Division and Parenting Plan | Legal Separation | CIUCLS |
| | Stay Legally Married (have minor children or pregnant) - do **not** Agree (or are unsure) on Property/Debt Division or Parenting Plan | Legal Separation | CICLS |
| | Stay Legally Married (no minor children and not pregnant) - **Agree** on Property/Debt Division | Legal Separation | CIUSLS |
| | Stay Legally Married (no minor children and not pregnant) – do **not** Agree (or are unsure) on Property/Debt Division | Legal Separation | CISLS |
| | Annul (void) a Marriage | Domestic Relations Other | CIANNUL |
| | Paternity – Determine Person **is** Biological Father | Domestic Relations Other | CISPAT |
| | Paternity – Determine Person is **not** Biological Father | Domestic Relations Other | CIDPAT |
| | Paternity – Determine Both Biological and Non-Biological Father | Domestic Relations Other | CIDEPAT |
| | Genetic Testing - Failure to Comply with Order for Testing | Domestic Relations Other | CIOSCP |
| | Administrative Child Support Order – Modify or Enforce | Domestic Relations Other | CIPCS |
| | Alaska PFD or Native Dividend – Request Order | Domestic Relations Other | CIPND |
| | Support Order - Register, Modify, or Enforce Out-of-State Order | Domestic Relations Other | CIUIFSA |
| | Custody Order - Register, Modify, or Enforce Out-of-State Order | Domestic Relations Other | DR483 |
| | Custody **and** Support Order - Register, Modify, or Enforce Out-of-State Orders | Domestic Relations Other | CIFCS |
| | Domestic Relations Order (**not** custody or support) – Register, Modify, or Enforce Out-of-State Order | Domestic Relations Other | CIDRFJ |
| **Debt/Contract** | | | |
| | Debt Collection | Civil Superior Court | CISDEB |
| | Claim by Buyer against Seller of Goods/Services | Civil Superior Court | CISCLAIM |
| X | Employment – Discrimination | Civil Superior Court | CISEMPD |
| | Employment – Other than Discrimination | Civil Superior Court | CISEMP |
| | Other Contract | Civil Superior Court | CISOCT |
| **Real Property (land or buildings)** | | | |
| | Condemnation | Civil Superior Court | CISCNDM |
| | Foreclosure | Civil Superior Court | CISFOR |
| | Quiet Title (establish ownership) | Civil Superior Court | CISQIT |
| | Real Property Tax Foreclosure | Superior Court Misc. Petition | CISTAX |
| | Other Real Estate Matter | Civil Superior Court | CISREM |
| **Landlord/Tenant** | | | |
| | Eviction (may include rent and damages) | Eviction-Superior Court | CISFED |
| | Other Landlord/Tenant (no eviction) | Civil Superior Court | CISLT |
| **Malpractice (misconduct while engaged in professional services)** | | | |
| | Legal Malpractice | Civil Superior Court | CISLMP |
| | Medical Malpractice | Civil Superior Court | CISMMP |
| | Other Malpractice | Civil Superior Court | CISOMP |

CIV-125S (7/21)(cs)  Page 1 of 2
CASE DESCRIPTION FORM – SUPERIOR COURT

# CASE DESCRIPTION – SUPERIOR COURT

Case Number: 4FA-21-_____

| Type of Action | For Court Use Only | |
|---|---|---|
| Check the box that best describes the case. Mark **one** box only. | Case Type | Action Code |
| **Tort (unlawful act that causes harm, other than breach of contract)** | | |
| Wrongful Death | Civil Superior Court | CISPID |
| Automobile Tort (but not wrongful death) | Civil Superior Court | CISIDA |
| Claim against Owner of Real Property for Personal Injury | Civil Superior Court | CISPIO |
| Product Liability (defective item from manufacturer or seller) | Civil Superior Court | CISPL |
| Intentional Tort (for example: assault, battery, vandalism) | Civil Superior Court | CISIT |
| Slander/Libel/Defamation | Civil Superior Court | CISSLD |
| Other Tort | Civil Superior Court | CISIDO |
| Approval of Minor Settlement – Civil Petition  *May also be filed as probate case.* | Superior Court Misc Petition | CISPET |
| **Out-of-State Judgment** *[For Domestic Relations judgments, select from last four options under that category.]* | | |
| Registration of Out-of-State Money Judgment | Foreign Judgment Superior Ct | CISFOJ |
| Registration of Out-of-State Non-Money Judgment | Superior Court Misc Petition | CISPET |
| **Other Civil** | | |
| Election Contest or Recount Appeal | Civil Superior Court | CISELE |
| Change of Name - Adult | Change of Name | CICON |
| Change of Name - Minor | Change of Name | CICONM |
| Confession of Judgment (all sides agree to entry of court order - **not** domestic relations) | Civil Superior Court | CISCCONF |
| Structured Settlement – AS 09.60.200 | Superior Court Misc Petition | CISSS |
| Administrative Agency Proceeding – Request for Court Assistance | Superior Court Misc Petition | CISWRNT |
| Arbitration - Action under Uniform Arbitration Act | Civil Superior Court | CISAP |
| Fraud | Civil Superior Court | CISFRAUD |
| Unfair Trade Practice and Consumer Protection | Civil Superior Court  Clerk: Issue form CIV-128 | CISUTP |
| Writ of Habeas Corpus (request for review of legality of detention) | Civil Superior Court | CIWHC |
| Fish & Game - Abatement & Forfeiture of Equipment | Superior Court Misc Petition | CISAF |
| Appointment of Trustee Counsel | Superior Court Misc Petition | CISTC |
| Action under Alaska Securities Act | Civil Superior Court | CISASA |
| Quarantine and Isolation | Superior Court Misc Petition | CISQI |
| Other Superior Court Complaint | Civil Superior Court | CISOCI |
| Other Superior Court Petition | Superior Court Misc Petition | CISPET |
| **Post-Conviction Relief to Superior Court** | | |
| Post-Conviction Relief (after felony **or** misdemeanor conviction and sentencing in **superior** court) | Post-Conviction Relief-Sup Ct | CISPCR |
| **Appeal to Superior Court - From Administrative Agency** | | |
| Election Contest or Recount Appeal – *see other civil* | | |
| Department of Motor Vehicles (DMV) Appeal | Appeal from Admin Agency | CIADDMV |
| Employment Security and Unemployment Benefits Appeal | Appeal from Admin Agency | CIADRESA |
| Administrative Agency Appeal - Other | Appeal from Admin Agency | CIADR |
| Request for Relief from Child Support Services Division (CSSD) License Action | Petition for Review or Relief | CICSED |
| Request for Review of Non-Final Administrative Agency Decision | Petition for Review or Relief | CIPRA |
| Request for Relief from Administrative Agency Delay - AS 44.62.305 | Petition for Review or Relief | CIPRLF |
| **Appeal to Superior Court - From District Court** | | |
| Civil Appeal | Appeal from District Court | CIACI2 |
| Criminal Appeal | Appeal from District Court | CIACRM |
| Minor Offense Appeal | Appeal from District Court | CIAMO |
| Small Claims Appeal | Appeal from District Court | CIASC |
| Request for Review of Civil, Criminal, or Minor Offense Case Decision | Petition for Review or Relief | CIPRD2 |

**For more information on how to determine whether to file in Superior Court or District Court, see form CIV-126, *Information Sheet - Superior vs. District Court***

CIV-125S (7/21)(cs)  
CASE DESCRIPTION FORM – SUPERIOR COURT

Page 2 of 2

Case 4:22-cv-00002-JMK   Document 1-1   Filed 01/19/22   Page 8 of 9

EXHIBIT A  
Page 8 of 9

9489 0090 0027 6353 1471 77



Label 890-PB, Oct. 2015
Pitney Bowes

BIRCH HORTON BITTNER & CHEROT
510 L Street, Suite 700
Anchorage, AK 99501-1959
508563.1

Sportman's Warehouse, Inc.
c/o C T Corporation System, registered agent
9360 Glacier Hwy, Suite 202
Juneau, AK 99801

**RETURN RECEIPT REQUESTED
RESTRICTED DELIVERY**



ZIP 99501
02 4W
0000370318DEC 17 2021
US POSTAGE ™ PITNEY BOWES
$ 002.80⁰



ZIP 99501
02 4W
0000370318DEC 17 2021
US POSTAGE ™ PITNEY BOWES
$ 012.96⁰