IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DALE PENNEY,<br><br>        Plaintiff,<br><br>vs.<br><br>SPORTSMAN'S WAREHOUSE, INC.,<br><br>        Defendant. | Case No. 4:22-cv-00002-JMK<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties have filed a stipulation of dismissal with prejudice at Docket 18. The Court hereby GRANTS the stipulation. IT IS HEREBY ORDERED THAT this case is dismissed with prejudice, each side to bear their own costs, expenses, and attorney's fees. The Clerk of Court is respectfully directed to close this case file.

IT IS SO ORDERED this 23rd day of May, 2023, at Anchorage, Alaska.

                                                  */s/ Joshua M. Kindred*
                                                  JOSHUA M. KINDRED
                                                  United States District Judge